UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 21 AM 10: 38
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 11CR0682-H |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ALBERTO FRANCO VASQUEZ (1), | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense as charged in the one-count Indictment:

21 USC 952 and 960
_____

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 20, 2011

_____
MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE